UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF: | CASE NO.:   08-08755-8-JRL |
| STANDARDS-BASED SOLUTIONS EAST, LLC | CHAPTER 7 |
| DEBTOR(S) | |

REPORT OF SMALL DIVIDENDS UNDER
BANKRUPTCY RULE 3010

Under Bankruptcy Rule 3010, Small Dividends and Payments in Chapter 7 Liquidation, no dividend in an amount less than $5.00 shall be distributed to any creditor unless authorized by local rule or order of the court. A list of all known names and addresses of the entities and the amounts which they entitled to be paid from the remaining property of the estate shall be filed with the clerk.

SEE ATTACHED EXHIBIT

Dated:  October 22, 2010

/s/ Joseph N. Callaway
Joseph N. Callaway
Chapter 7 Trustee
P. O. Box 7100
Rocky Mount, NC  27804-0100
(252)937-2200

Attachment:  2 Check(s)

cc: Bankruptcy Administrator (w/copy of checks)

Date:  10/22/10                  **DIVIDENDS REMITTED TO THE COURT**                  Page:

Case Number 08-08755-8-JRL - STANDARDS-BASED

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Nuvox Communications<br>Attn: Managing Agent<br>Two North Main Street<br>Greenville, SC 29601-2719 | 000002 | 6,232.16 | 0.56 |
| Supermedia<br>(Formerly Idearc Media/Verizon Directori<br>BK Dept MC20<br>5601 Executive Dr<br>Irving, TX 75038 | 000003 | 376.83 | 0.03 |
| ---------- Remittance Total --------------- | | 6,608.99 | 0.59 |

_____
JOSEPH N. CALLAWAY, Trustee

COURTI                                                  Printed: 10/22/10 09:06 AM    Ver: 16.00a